**Order issued October 4, 2022**



**In The**
# Court of Appeals
**For The**
# First District of Texas

---

### NO. 01-19-00095-CV

---

### BAYLOR MIRACA GENETICS LABORATORIES, LLC, Appellant

### V.

### THOMAS  BRANDON PERTHUIS, Appellee

---

**On Appeal from 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-16991**

---

## MEMORANDUM ORDER ON REMAND
## RELATED TO BRIEFING AND MEDIATION

On June 27, 2022, the Supreme Court of Texas remanded this case to this Court to consider the sufficiency of the evidence "under the proper legal framework" and to address the remainder of the arguments made by appellant, Baylor Miraca Genetics Laboratories, LLC. *See Perthuis v. Baylor Miraca Genetics Labs., LLC*, 645 S.W.3d 228, 244 (Tex. 2022).

BRIEFING SCHEDULE

The Court determines in light of the supreme court's opinion that briefing from the parties to address the issues on remand is appropriate. Accordingly, the Court **orders** the parties to file additional briefing of no more than 5,000 words each. The brief on remand of appellant is due 30 days from the date of this order. The brief on remand of appellee is due 30 days from the date appellant's brief on remand is filed.

REFERRAL TO MEDIATION

The Court further determines that it is appropriate to refer this appeal for resolution on remand by mediation.[1]  *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 154.021, 154.022(a), 154.023.  Accordingly, the Court orders that this appeal be referred to mediation unless any party to the appeal files an objection with the Clerk of this Court within **ten days** after receiving this order.  *See id.* § 154.022(b).

The parties shall choose a qualified mediator and agree on a reasonable fee for the mediator's services.[2] *See id.* §§ 154.052, 154.054(a).

The Court sets the following deadlines:

- No later than **15 days** from the date that this order is issued, the parties shall file with the Clerk of this Court a completed "Parties' Notification to Court of Mediator."  This document can be

---

[1]     If the parties chose to mediate, the Court will entertain a motion to suspend the briefing schedule set out in this order until mediation is completed.

[2]     The Court does not recommend mediators.

downloaded from the forms page of the Court's website at http://www.txcourts.gov/1stcoa.

• No later than **45 days** from the date that this order is issued, the parties shall conduct the mediation.

• No later than **two days** from the conclusion of the mediation, the parties and the mediator shall advise the Clerk of this Court in writing whether the parties did or did not settle the underlying dispute.

All parties, or their representative with full settlement authority, shall attend the mediation with their counsel. The mediator shall encourage and assist the parties in reaching a settlement of their dispute but may not compel or coerce the parties to enter into a settlement agreement. *See id.* § 154.053(a). All communications relating to the mediation are confidential and not subject to disclosure, except as set forth by law. *See id.* § 154.073. The Clerk of this Court, however, will file this order, any objection to this order, and the completed "Parties' Notification to Court of Mediator" with the other documents filed in this appeal that are available for public inspection.

Unless expressly authorized by the disclosing party, the mediator may not disclose to either party information given in confidence by the other and shall at all times maintain confidentiality with respect to communications relating to the subject matter of the dispute. *See id.* § 154.053(b). Unless the parties agree otherwise, all matters, including the conduct and demeanor of the parties and their

counsel during the settlement process, are confidential and may never be disclosed to anyone, including this Court. *See id.* § 154.053(c).

The Court will consider the agreed fee for the mediator's services to be reasonable and tax that fee as a cost of the appeal unless the parties agree to another method of payment. *See id.* § 154.054.

　　　　　　　　　　　　　　　___/s/ Richard Hightower_____
　　　　　　　　　　　　　　　Justice Richard Hightower
　　　　　　　　　　　　　　　Acting Individually